IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL McMINN, Parent and
Next Best Friend of M; and
STELLA McMINN, Parent and
Next Best Friend of M                                                PLAINTIFFS

v.                         No. 3:16-cv-23-DPM

SLOAN-HENDRIX SCHOOL DISTRICT                                        DEFENDANT

## ORDER

The McMinns filed suit more than 90 days ago. The docket shows no service on the School District. The Court will dismiss the complaint without prejudice unless the McMinns show timely service or seek some other relief by 6 May 2016. FED. R. CIV. P. 4(m).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 April 2016