IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL McMINN, Parent and
Next Best Friend of M; and
STELLA McMINN, Parent and
Next Best Friend of M                                            PLAINTIFFS

v.                        No. 3:16-cv-23-DPM

SLOAN-HENDRIX SCHOOL DISTRICT                                    DEFENDANT

ORDER

1. Status reports, № 13 & № 15, noted and appreciated.

2. The McMinns have also moved to extend their expert deadline, № 14. Defendant doesn't object, № 15 at 2.

3. This case is currently fifth out for trial on 12 June 2017. And the extensions requested will jam up other pretrial deadlines. For these two reasons, the Final Schedule Order is suspended and the trial is continued to 4 June 2018. An Amended Final Scheduling Order will issue with new pretrial deadlines. Motion, № 14, is granted as modified.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 December 2016