IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL McMINN, Parent and
Next Best Friend of M; and
STELLA McMINN, Parent and
Next Best Friend of M                                         PLAINTIFFS

v.                       No. 3:16-cv-23-DPM

SLOAN-HENDRIX
SCHOOL DISTRICT                                               DEFENDANT

## ORDER

The parties' summary judgment motions are pending. In mid-October, the McMinns asked the Court to defer a ruling on the District's motion until after discovery closed. Discovery will end 5 February 2018. № 17 at 1. The McMinns should supplement their response, № 32, with additional argument and record materials by 16 February 2018. The District may reply by 23 February 2018. The Court will decide the motions promptly thereafter. This case is first out for trial, if needed, on 4 June 2018.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 January 2018