# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MICHAEL McMINN, Parent and
Next Best Friend of M; and
STELLA McMINN, Parent and
Next Best Friend of M                                                           PLAINTIFFS

v.                              No. 3:16-cv-23-DPM

SLOAN-HENDRIX
SCHOOL DISTRICT                                                                 DEFENDANT

## JUDGMENT

On the IDEA claim, the Court enters judgment for Michael and Stella McMinn against Sloan-Hendrix School District for $30,506.62 in attorney's fees and costs. Post-judgment interest will accrue at 2.25% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b). The Court dismisses all the McMinns' other claims with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 May 2018